Argued and submitted April 24, 1991, affirmed February 12, 1992

ALFREDO CESSPOOCH,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90-C-11170; CA A66857)

825 P2d 655

Hari Nam S. Khalsa, Salem, argued the cause for appellant. With him on the brief was Public Defender's Office, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.